AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**Mandeep SINGH**<br><br>**Defendants** | )<br>)<br>)   Case No.  8:19-MJ-570 (DJS)<br>)<br>)<br>)<br>)<br>) |

FILED
U.S. DISTRICT COURT - N.D. OF N.Y.
AT _____ O'CLOCK
SEP 06 2019
John M. Domurad, Clerk - Albany

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 5, 2019, in the county of Franklin in the Northern District of New York the defendants violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(ii) | Mandeep SINGH, did knowingly and in reckless disregard of the fact that an alien has come to, entered, or remains in the USA, in violation of law, did transport, move, attempt to transport or move, and aided and abetted and conspired to commit the transportation and movement of, such alien within the USA by means of transportation or otherwise, in furtherance of such violation of law. |

This criminal complaint is based on these facts:

☒   Continued on the attached sheet.

_____
Complainant's signature
Border Patrol Agent Tyler Marshall
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 6, 2019

_____
Judge's signature

City and State:   Albany, New York

Hon. Daniel J. Stewart, U.S. Magistrate Judge
*Printed name and title*

*United States of America v. Mandeep SINGH*

On, September 5, 2019, Agents from the Burke Border Patrol station were observing traffic for potential smuggling activities at the intersection of New York State Route 37 and New York State Route 122 in the town of Westville, NY. At approximately 9:20 pm, Agents observed a white 2018 Toyota Corolla bearing Utah license plate V380CD traveling south on New York State Route 37. As the Corolla slowed down to make the left hand turn from New York State Route 37 onto New York State Route 122, Agents were able to observe that the vehicle was occupied by a driver and two additional passengers.

At this time, Agents decided to pull out behind the vehicle and get a closer look. Agents followed the vehicle eastbound on New York State Route 122. As Agents followed the vehicle it decreased its speed and signaled a left hand turn, where there was no place to turn. After a short distance, the vehicle tuned off its signal light and continued eastbound. As Agents matched speed with the Corolla, it again slowed down and turned on its left turn signal. The vehicle then turned on the four way flashers and continued driving slowly, well below the posted speed limit.

Agents contacted Swanton Sector Radio Dispatch to request a registration check on UT/V380CD. Swanton Sector Radio Dispatch informed agents that the plate returned to a 2018 Toyota Corolla white in color, registered to EAN Holdings, a rental company. Agents from the Burke Station have seen an increase in rental vehicles that are being utilized in recent smuggling cases in the Burke Stations area of operation.

At approximately 9:26 pm, Agents activated the emergency lights of their marked Border Patrol Vehicle. The Corolla continued for a short distance with its flashers on before yielding to the shoulder of the road.

Agents approached the car from the passenger side and identified themselves as Border Patrol Agents, and engaged the driver later identified as SINGH, Mandeep. When asked where he was from the driver responded "New York City". When asked where they were coming from the driver responded "The Casino". Agents noted that The Akwesasne Mohawk Casino is a commonly used pick up location for illegal aliens looking to further their entry into the United States. Agents asked the driver (SINGH, Mandeep) if he had any identification, to which he presented a New York State Driver's License.

Agents then asked the front seat passenger, later identified as SINGH, Jaskirat if he had any identification. The subject stated that he did not have a wallet with him. Agents then asked the back seat passenger, later identified as SINGH, Baljinder if he had any identification with him. The subject appeared to not understand the question. The driver, SINGH, Mandeep spoke up and stated that the Baljinder did not speak English

Agents contacted Swanton Sector Radio Dispatch and requested records checks for the driver using the provided NY State Driver's License.

While waiting for records checks Agents returned to the vehicle to continue roadside interviews of the subjects. Agents asked the front seat passenger (SINGH, Jaskirat) where he was born. The subject stated India. Agents then asked him if he had any documents that would allow him to be in, remain or pass through The United States legally. The subject stated no. Agents then asked SINGH, Baljinder where he was born and what country he was a citizen of but he did not answer due to the language barrier. The driver (SINGH, Mandeep) answered for him stating that he had been born in and was a citizen of India.

Records checks on SINGH, Mandeep returned from Swanton Sector Radio Dispatch, as being present in the United States on a pending asylum claim. The two passengers were subsequently arrested at the scene as illegal aliens unlawfully present in the United States. The driver was subsequently arrested as being involved in a failed alien smuggling scheme. All three subjects were then transported from the scene to the U.S. Border

*United States of America v. Mandeep SINGH*

Patrol Station in Malone, New York.

Once at the station, the two passengers were processed and records checks were done. Record checks revealed that the two passengers were citizens of India illegally present in the United States.

Record checks for SINGH, Mandeep revealed that he was a citizen of India who was previously arrested by Customs and Border Protection on May 29, 2013 in Douglas, AZ. During this encounter, SINGH, Mandeep was a 15-year-old unaccompanied minor. SINGH, Mandeep applied for entry into the United States through the Douglas, Arizona Port of Entry via the pedestrian lane and claimed fear. Immigration history for SINGH, Mandeep shows that he is currently present in the United States on a pending asylum claim with a valid employment authorization until 2020.

SINGH, Mandeep waived his *Miranda* rights and admitted that he expected to be paid $600 for picking up the pair at the Akwesasne Mohawk Casino and deliver them to New York City. SINGH, Mandeep stated he was given instructions and electronically wired $200 upfront to obtain the rental vehicle. SINGH, Mandeep stated this was done by a known associate that currently resides in Canada.